**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                    Respondent,

v.

Roy G. Bright,                                               Appellant.

————————

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

————————

Unpublished Opinion No. 2012-UP-426
Submitted June 1, 2012 – Filed July 18, 2012

————————

**APPEAL DISMISSED**

————————

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.

**PER CURIAM:**  Roy G. Bright appeals his conviction of assault and battery of a high and aggravated nature, arguing the circuit court erred in failing to hold an <u>in</u> <u>camera</u> hearing to determine if a photographic line-up should be suppressed.  After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.